# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:12-mc-00316-UA | Date | August 20, 2012 |
|---|---|---|---|
| Title | Scott Daniel v. Timothy Franz Geithner | | |

Present: The Honorable  Audrey B. Collins, Chief United States District Judge

| Angela Bridges | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**Proceedings:**   ORDER REJECTING FILING OF DOCUMENT (In Chambers)

On August 17, 2012, Plaintiff Scott Daniel, also the plaintiff in *Scott Daniel v. Timothy Franz Geithner*, case number 12-cv-01781-RGK (AJWx), attempted to file a "Complaint for Registration of Foreign Judgment" under a newly opened case number. This document is deficient in every possible way, and is nothing but a transparent attempt to circumvent the fact that case number 12-cv-01781-RGK (AJWx) was dismissed in its entirety on July 5, 2012. Plaintiff purports to attach to his "Complaint for Registration of Foreign Judgment" a default judgment obtained against defendant Timothy Geithner in case 12-cv-01781-RGK (AJWx), but no such judgment was obtained in that case. On the contrary, Plaintiff lost that case, and Defendant prevailed. Further, any judgment obtained in a case pending before this court would not be a "foreign" judgment. Nor has Plaintiff complied with any of the Federal Rules of Civil Procedure relevant to obtaining a default or registering a foreign judgment.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's "Complaint for Registration of Foreign Judgment," attached hereto, is NOT to be filed, but instead REJECTED, and is ORDERED returned to Plaintiff. Plaintiff shall immediately notify, in writing, all parties previously served with the attached document that the document has not been filed with the Court.

**IT IS SO ORDERED.**

_____ : __

Initials of Preparer   ljw for AB

8-17-12
CS

1  Name: Scott Daniel
2  Address: 8826 N. Bank Dr.
3  Ventura California
4  Phone: 805 671 9307
5  Plaintiff In Pro Per
6
   Fee Paid

   RECEIVED & RETURNED
   CLERK, U.S. DISTRICT COURT
   AUG 20 2012
   CENTRAL DISTRICT OF CALIFORNIA
   BY                    DEPUTY

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9
10  Scott Daniel,                    Case No.: MC 12-316
11        PLAINTIFF,    Misc         (To be supplied by the Clerk)
                                     COMPLAINT FOR:
12        vs.
                                     REGISTRATION
13  _____
                                     OF
14  _____
                                     FOREIGN
15  Timothy Franz Geithner            JUDGEMENT
16  _____
17  _____              Jury Trial Demanded: ☐ Yes  ☐ No
18        DEFENDANT(S).                                        N/A
19
20
21              I. JURISDICTION
22
       1. This Court has jurisdiction under _____
23
24  Scott Daniel    8/16/2012
25  _____
26                                                      1:00
27                                        RECEIVED
                                          BUT NOT FILED
28
                                          AUG 17 2012
                    1
                Page Number              CLERK, U.S. DISTRICT COURT
Revised: August 2011                     CENTRAL DISTRICT OF CALIFORNIA
Prepared by Public Counsel               WESTERN DIVISION
                                         BY            DEPUTY



Scott Daniel
8826 N. Bank Dr.
Ventura, California.
[93004]

US District Court Central California
Western Division
312 N. Spring St, Rm. G-8
Los Angeles, California
[90012]

Registered mail #RB 012 541 516 US

Dear clerk;

    Please file this notarized Default Judgment in the case jacket of Article III case CV12 01781 (see copy of filing receipt below). This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction and Default Judgment have been sent in a timely fashion to the parties listed below.

**Certificate of Mailing**

My signature below expresses that I have mailed a copy of the original notarized Default Judgment with the original clerk instruction to the district court, and copies have been mailed as indicated.

                                                        _Scott Daniel_
                                                        Scott Daniel

James Wong
IRS Appeals Office
300 North Los Angeles Street
MS LA-8000 Room 3054
Los Angeles, California
        [90012]

Delivery Confirmation # 03110820000256975472

Timothy Franz Geithner
1500 Pennsylvania Ave N.W.
city of Washington, District of Columbia
        [20220]

Registered Mail # RB 012 541520 US

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA037789
Cashier ID: llcash
Transaction Date: 03/02/2012
Payer Name: scott daniel
-----------------------------------
CIVIL FILING FEE
 For: scott daniel
 Case/Party: D-CAC-2-12-CV-001781-001
 Amount:         $350.00
-----------------------------------
CASH
 Amt Tendered: $350.00
-----------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

2

## In the United States District Court
## for the Central District of California

Re: 2:12-cv-01781-RGK-AJW　　　　　　　　　　Registered mail # RB 012 541 516 US

### Default judgment

Timothy Franz GEITHNER has failed to assert any claim to Scott Daniel by proving the certificate of search in the district court to be faulty or fraudulent within the twenty days stipulated. As stipulated on the summons properly formed and served;

> You are hereby summoned and required to serve upon plaintiff, whose address is: Scott Daniel; 8826 N. Bank Dr.; Ventura, California. [93004] AND FILE WITH THE CLERK OF THE COURT an answer to the complaint which is herewith served upon you, within twenty 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

default judgment is hereby entered and the injunctive relief sought in the counterclaim is awarded to Scott Daniel. Timothy Franz GEITHNER is by law to forfeit seizure upon Scott Daniel's property and person. If Timothy Franz GEITHNER fails to do so, a certificate of exigent circumstances will issue calling for Timothy Franz GEITHNER's arrest in the cognizance of the State Department and Speaker of the House.

　　　　　　　　　　　　　　　　　　　　　　Scott Daniel
　　　　　　　　　　　　　　　　　　　　　　8826 N. Bank Dr.
　　　　　　　　　　　　　　　　　　　　　　Ventura, California. [93004]

### ACKNOWLEDGMENT

State of California
County of Ventura
On Ventura April 06 2012 before me, Mike B Ghassemi Notary Public
(insert name and title of the officer)
personally appeared SCOTT DANIEL MACNEILAGE, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this Notice and Demand and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ 4/06/12 (Seal)

My Commission expires Jan 24 2015



MIKE B. GHASSEMI
COMM. #1923032
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My Commission Exp. Jan. 24, 2015



4

I hereby attest and certify on 8/17/12 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*Adrianne Zithers*
DEPUTY CLERK

1222